UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BANKS, individually and as "next friend" to Rose McGowan,<br><br>　　　　Petitioner<br><br>　　v.<br><br>LISA BLOOM, et al.,<br><br>　　　　Respondents. | Case No. 2:19-cv-08514-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: 10/24/2019

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE